JACOB SOLOMON, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Order directing that a commission issue to take the deposition of a witness for plaintiff in Jersey City upon interrogatories affirmed, with ten dollars costs and disbursements. The defendant asked for an open commission, but stated no facts sufficient to invoke the discretion of the court at Special Term. The defendant may have five days after the entry of the order herein to prepare and serve cross-interrogatories. After the settlement thereof the deposition will be taken at the place named in the order on five days' notice. Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ., concur.

TITLE GUARANTEE AND TRUST COMPANY, Respondent, v. WARREN REALTY COMPANY, INC., and Others, Defendants; JOHN B. PIERCE FOUNDATION, Appellant.— In an action to foreclose a mortgage upon real property, junior mortgagees interposed defenses and counterclaims. Judgment of foreclosure and sale has been entered, and one of the defendants appeals. Judgment, in so far as an appeal is taken therefrom, unanimously affirmed, with costs. No opinion. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

JOSEPH ZELLER, Respondent, v. IRVING J. WALLACH and CAROLINA MARKET, INC., Appellants.— In an action to recover, pursuant to contract, a share of profits of a business which had been diverted by the individual defendant as salary in excess of that agreed upon, and for one month's salary in lieu of notice of termination of the contract as therein provided, judgment for plaintiff in the sum of $3,298.61, with interest and costs, unanimously affirmed, with costs. No opinion. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.